Ms. Zeigler,

If you would share your thoughts with me about the trial, I would greatly appreciate it. I will not argue or be upset. I'm looking to learn & improve. If you are willing to share your thoughts, please call me @ 435.632.1387

— Todd Emerson

Court's Exhibit 1