IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 17-y-62-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TODD COVEY EMERSON,

    Defendant.

## STIPULATION FOR ENTRY OF DEFERRAL OF PROSECUTION

The United States, by and through Assistant US Attorney Suneeta Hazra, and Defendant, Todd Emerson, by and through his attorney, Richard Bednarski, hereby enter into this Stipulated Deferred Prosecution Agreement. The conditions of the Stipulated Deferred Prosecution are as follows:

1.    The Government agrees not to prosecute this case for a period of 6 months, or until July 11, 2018. Defendant's failure to comply with any terms of this agreement will result in the Government filing a written motion reinstating charges. However, if Defendant complies with the terms stated below, the Government will move to dismiss the case. The Government agrees to file the Motion to Dismiss once Defendant has completed the conditions and provided the Government satisfactory proof, as determined by the Government, of his completion

2.    Defendant understands that pursuant to the provisions of Chapter 208 of Title 18, United States Code, he has a right to a speedy trial. Defendant further understands that if the Court accepts this stipulation for deferral of prosecution that the deadlines stated in the aforementioned chapter will not apply as 18 U.S.C. §3161(h)(2) excludes from such

Court's Exhibit 1

47546190.1

2

computations "any period of delay during which prosecution is deferred by the attorney for the Government pursuant to a written agreement with Defendant, with approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct."

3. The conditions of the Deferred Prosecution are:

a. Defendant will not violate any federal, state or local law, excluding minor traffic infractions which do not result in a mandatory court appearance;

b. Defendant will apologize to the Court for his actions related to this charge, and

c. Defendant will complete 35 hours of pro bono work in Utah. The Defendant may choose to conduct CLEs in Utah regarding knowledge and following of Local Rules and the importance of complying with the Local Rules to satisfy no more than 16 hours of his pro bono requirement.

4. Defendant will provide proof of compliance with the terms of this agreement to the US Attorney's Office, C/O Suneeta Hazra, 1801 California St. Suite 1600, Denver, CO 80202, and to the Court.

5. The parties understand and agree that in the event the Court does not accept this deferred prosecution agreement, the Government will proceed with the pending contempt prosecution.

Dated: 1/11/18

ROBERT C. TROYER
United States Attorney

By: *[signature]*
Suneeta Hazra
Assistant US Attorney

2

3

Dated: January 2, 2018

*[signature]*
Todd Emerson
Defendant


Dated: January 2, 2018

*[signature]*
Richard Bednarski
Attorney for Defendant

47546190.1